UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
Attorneys For Debtors/Debtors-in-Possession

PANTALEO LAFORGIA and

ANNA MARIA LAFORGIA,

                Debtors.

Case No.:  17-22853 ~~18-22853~~

Chapter:  11

Hearing Date:  March 22, 2018

Judge:  Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1. I, ___Timothy P. Neumann, Esq._____,

   X   am the attorney for: Pantaleo Laforgia and Anna Maria Laforgia_____,

   ☐   am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Disclosure Statement_____

   Current hearing date and time: __3/22/2018 at 2 p.m._____

   New date requested: _____4/5/ 2018 at 2 p.m._____

   Reason for adjournment request:  Counsel for the Debtors is away on vacation.

   _____

2. Consent to adjournment:

   x  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____3/19/2018___               ___/s/Timothy P. Neumann,  Esq. _____
                                                               Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 4/5/18 at 2:00 p.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

*new.8/1/15*