UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
Attorneys For Debtors/Debtors-in-Possession

PANTALEO LAFORGIA and

ANNA MARIA LAFORGIA,

                Debtors.

Case No.:     18-22853

Chapter:      11

Hearing Date: June 20, 2018

Judge:    Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1.     I, ___Timothy P. Neumann, Esq._____,

       X       am the attorney for: Pantaleo Laforgia and Anna Maria Laforgia_____,

       ☐       am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Hearing on Disclosure Statement_____

Current hearing date and time: __6/20/2018 at 2 p.m._____

New date requested: _____~~8/22/ 2018 at 2 p.m.~~_____

Reason for adjournment request:  Debtor is in the process of obtaining appraisals needed to support the disclosure statement but those have not been completed.

_____

2.     Consent to adjournment:

        I have the consent of all parties.     X  I do not have the consent of all parties (explain below):
 The US Trustee has consented. Four other parties have objected to the disclosure statement. Two have consented to the adjournment I am waiting to hear from other the other two.

I certify under penalty of perjury that the foregoing is true.    <span style="color:red">As of 6/19/18 - all parties have consented to the adjournment. (Dana Muccie)</span>

Date: _____3/19/2018___     ___/s/Timothy P. Neumann,  Esq. _____
                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 8/23/18 at 2:00 p.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

*new.8/1/15*