Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22853−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Pantaleo LaForgia | Anna Maria LaForgia |
| 342 Aldo Dr | 342 Aldo Dr |
| Toms River, NJ 08753−2434 | Toms River, NJ 08753−2434 |

Social Security No.:
   xxx−xx−3936                                                        xxx−xx−2725

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on June 26, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 81 − 76
Order Granting Application to Employ Tony Kamand as Appraiser (Related Doc # 76). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/25/2018. (slf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 26, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22853-KCF
Pantaleo LaForgia                                               Chapter 11
Anna Maria LaForgia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Jun 26, 2018
                              Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
app            +Tony Kamand Realty, LLC,    200 Main St.,    Toms River, NJ 08753-7415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York as trustee for registered
               Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com,
               GRY@ecf.inforuptcy.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as
               servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
               TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              Timothy P. Neumann    on behalf of Debtor Pantaleo  LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16