**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

BROEGE NEUMANN FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
Attorneys for Debtor
Timothy Neumann, Esq.
TN6429

In re:

PANTALEO LAFORGIA and ANNA MARIA
LAFORGIA,

        Debtors.

**Order Filed on June 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-22853(KCF)

Judge: Honorable Kathryn C. Ferguson

Recommended Local Form:    ☑ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF TONY KAMAND REALTY, LLC**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 25, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

Debtors: Pantaleo LaForgia and Anna Maria LaForgia
Case No: 17-22853(KCF)
Applicants: Pantaleo LaForgia and Anna Maria LaForgia

(check all that apply)  ☐ Trustee:     ☐ Chapter 7     ☐ Chapter 11     ☐ Chapter 13
                        ☑ Debtor:      ☒ Chapter 11    ☐ Chapter 13
                        ☐ Official Committee of _____
Name of Professional: A. Atkins Appraisal Corp.
Address of Professional: 122 Clinton Road, Fairfield, NJ 07004

☐ Attorney for:        ☐ Trustee    ☐ Debtor      ☐ Official Committee of _____
☐ Accountant for:      ☐ Trustee    ☐ Debtor      ☐ Official Committee of _____
☐ Other Professional:  ☐ Realtor    ☒ Appraiser   ☐ Special Counsel    ☐ Auctioneer
                       ☐ Other (specify) _____

Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Pantaleo LaForgia  
Anna Maria LaForgia  
    Debtors

Case No. 17-22853-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db/jdb         Pantaleo LaForgia,    Anna Maria LaForgia,    342 Aldo Dr,    Toms River, NJ  08753-2434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
             Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
             Charles G. Wohlrab    on behalf of Creditor    The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@logs.com, njbankruptcynotifications@logs.com
             Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
             Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
             Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com, GRY@ecf.inforuptcy.com
             Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
             Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
             Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
             Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
             Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
             Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
             Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
             Timothy P. Neumann    on behalf of Debtor Pantaleo  LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
             Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
             Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                  TOTAL: 16