| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Timothy P. Neumann, Esq. [TN6429]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>timothy.neumann25@gmail.com<br><br>*Attorneys for Debtors/Debtors-in-Possession*<br> *Pantaleo LaForgia and Anna Maria LaForgia* | |
| In Re:<br><br>**PANTALEO LAFORGIA and**<br>**ANNA MARIA LAFORGIA**,<br><br>      Debtors. | Case No.: 17-22853/KCF<br><br>Chapter 11<br><br>Judge: Hon. Kathryn C. Ferguson |

## ADJOURNMENT REQUEST

1. I, Timothy P. Neumann,

    ■ am the attorney for: the Debtor.

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: <u>Hearing on Disclosure Statement</u>

    Current hearing date and time: <u>Thursday, August 23, 2018 at 2:00 p.m.</u>

    New date requested: <u>30 days</u>

    Reason for adjournment request: <u>Debtor needs to have 4 parcels of real property appraised. 2 appraisals have been obtained and a supplement to the disclosure statement was filed today attaching those appraisals. The remaining 2 are not completed. The physical inspection by the appraiser has been done but the reports are not yet completed.</u>

2. Consent to adjournment:

■ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 8/22/2018                      _/s/ Timothy P. Neumann_____
                                         Timothy P. Neumann

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 10/4/18 at 2:00 p.m._____   ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**