UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Pantaleo LaForgia and Anna Marie LaForgia | Case No.: 17-22853<br><br>Hearing Date:<br><br>Judge: KCF<br><br>Chapter: 11 |

### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Timothy Neumann_____ on \_\_\_October 15, 2018\_\_\_ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The disclosure statement, dated _____October 15, 2018_____ is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. _____November 15, 2018_____ at \_\_2:00 PM\_\_ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:
Pantaleo LaForgia
Anna Maria LaForgia
    Debtors

Case No. 17-22853-KCF
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Oct 16, 2018
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
db/jdb　　　Pantaleo LaForgia,　　Anna Maria LaForgia,　　342 Aldo Dr,　　Toms River, NJ　08753-2434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
    Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE bkecf@milsteadlaw.com, alubin@milsteadlaw.com
    Charles G. Wohlrab    on behalf of Creditor    The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@logs.com, njbankruptcynotifications@logs.com
    Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com, GRY@ecf.courtdrive.com
    Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
    Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
    Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
    Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
    Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
    Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
    Timothy P. Neumann    on behalf of Debtor Pantaleo LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
    Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
    Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 16