UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on February 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-22853 KCF

Adv. No.:

Hearing Date: 1/8/19 @ 10:00 a.m.

Judge: Katherine C. Ferguson

In Re:
    Anna Maria LaForgia, Pantaleo La Forgia,

Debtor.

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 8, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Anna Maria LaForgia, Pantaleo La Forgia
Case No:  17-22853 KCF
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND OBJECTION TO CONFIRMATION
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to 2010 LEXUS RX350 , VIN:2T2BK1BAXAC041205, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Timothy P. Neumann Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the entire balance due under the terms of the Note will be paid over six months beginning 2/1/19; and

It is further **ORDERED, ADJUDGED and DECREED** that the total amount to be paid shall be the principal of $3,848.77 plus 10.0% interest over six months for a total of $3,961.01; and

It is further **ORDERED, ADJUDGED and DECREED** that beginning February 1, 2019, Debtor shall remit $660.17 per month until the balance has been paid in full; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall maintain insurance on the vehicle in accordance with the terms of the loan documents during the entirety of this case and shall furnish proof of same annually and upon request; and

It is further **ORDERED, ADJUDGED and DECREED** that Toyota Motor Credit Corporation's lien shall remain on the subject vehicle under Debtor has completed all payments under the terms of this and receives a discharge in this case; and

It is further **ORDERED, ADJUDGED and DECREED** that Toyota Motor Credit Corporation's objection to confirmation is hereby resolved

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.