Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22853−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pantaleo LaForgia                                          Anna Maria LaForgia
   342 Aldo Dr                                                342 Aldo Dr
   Toms River, NJ 08753−2434                                  Toms River, NJ 08753−2434

Social Security No.:
   xxx−xx−3936                                                xxx−xx−2725

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       3/21/19
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Tony Kamand Realty, LLC, Appraiser

COMMISSION OR FEES
fee: $2,490.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.


Dated: February 21, 2019
JAN: slf

                                                                      Jeanne Naughton
                                                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 17-22853-KCF
Pantaleo LaForgia                                           Chapter 11
Anna Maria LaForgia
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Feb 21, 2019
                              Form ID: 137             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db/jdb         Pantaleo LaForgia,    Anna Maria LaForgia,    342 Aldo Dr,    Toms River, NJ 08753-2434
cr            +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
               Suite 302,   Roseland, NJ 07068-1640
cr            +OCWEN LOAN SERVICING LLC,    6409 Congress Ave Suite 100,    Robertson, Anschutz & Schneid P.L.,
               Boca Raton, FL 33487,    UNITED STATES 33487-2853
app           +Tony Kamand Realty, LLC,    200 Main St.,    Toms River, NJ 08753-7415
516898017      Aviva Life Insurance Co.,    2400 Veterans Memorial Blvd Ste 300,    Kenner, LA 70062-8725
516898018      Bank of America,    PO Box 31783,    Tampa, FL 33631-3783
516898019      Bank of America Home Loans,    Customer Service,    PO Box 31785,    Tampa, FL 33631-3785
517148470     +Deutsche Bank National trust Company,    Ocwen Loan Servicing, LLC,
               Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
516898020      Fidelity Life Insurance,    8700 W Bryn Mawr Ave,    Chicago, IL 60631-3512
516898021      Forester's Life Insurance Company,    789 Don Mills Rd,    North York, ON M3C-1T9
516954533      Marriot Ownership Resorts,    PO Box 382028,    Pittsburgh, PA 15251-8028
516898024      Nationstar Mortgag,    PO Box 60516,    City of Industry, CA 91716-0516
517155951      Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    PO Box 24605,
               West Palm Beach, FL 33416-4605
516898025      Ocwen Mortgage, LLC,    PO Box 660264,    Dallas, TX 75266-0264
517126334      Paul Milroth,    2 Schoolhouse Ln,    Lakewood, NJ 08701-5761
516898026      Paul and Stephanie Milroth,    2 Schoolhouse Ln,    Lakewood, NJ 08701-5761
517125631     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
517145646     +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
               PO Box 10826,   Greenville, SC 29603-0826
517164699     +TOMS RIVER MUA,    340 WEST WATER ST,    TOMS RIVER, NJ 08753-6533
516898023     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,    PO Box 9490,
               Cedar Rapids, IA 52409-9490)
517144902     +The Bank of New York as trustee for registered,    C/O Carrington Mortgage Services, LLC,
               1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
517048771     +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517048770     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517167811     +U.S. Bank National Association,    c/o Nationstar Mortgage,    Attn: Bankruptcy Dept,
               PO Box 619096,    Dallas, TX 75261-9096
516954534      United Home Life Insruance,    225 S. East Street,    Indianapolis, IN 46202-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 00:17:13      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 00:17:09      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Feb 22 2019 00:16:27
               United States of America (Internal Revenue Service,    U.S. Attorney's Office,
               970 Broad Street,   Suite 700,    Newark, NJ 07102-2535
                                                                                             TOTAL: 3


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC dba Mr. Cooper, as service,    Stern Lavinthal & Frankenberg LLC,
               105 Eisenhower Parkway,    Suite 302
smg*          ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Dist Dir of IRS,    Insolvency Function,    PO Box 724,
               Springfield, NJ 07081-0724)
516898022*     Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
               Philadelphia, PA 19101-7346
516898027*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New jersey,    N.J. Division of Taxation Bankruptcy Sec,
               PO Box 245,   Trenton, NJ 08695-0245)
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Feb 21, 2019
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York as trustee for registered
               Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com,
               GRY@ecf.courtdrive.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as
               servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
               TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              Timothy P. Neumann    on behalf of Debtor Pantaleo  LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              Timothy P. Neumann    on behalf of Appraiser    Tony Kamand Realty, LLC timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 20
```