UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
Attorneys For Debtors/Debtors-in-Possession

PANTALEO LAFORGIA and

ANNA MARIA LAFORGIA,

           Debtors.

Case No.:  17-22853

Chapter:  11

Hearing Date:  March 7, 2019

Judge:  Kathryn C. Ferguson

## ADJOURNMENT REQUEST

1.    I, ___Timothy P. Neumann, Esq._____,

    X    am the attorney for: Pantaleo Laforgia and Anna Maria Laforgia_____,

    ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Confirmation_____

Current hearing date and time: __3/7/2019 at 2 p.m._____

New date requested: _____~~4/10/ 2019 at 2 p.m.~~_____

Reason for adjournment request: The Debtors filed a motion to reclassify the IRS claim and the IRS filed an amended proof of claim in response. The amended proof of claim substantially increased the priority claim and impacts feasibility. The tax years in question are 2007 and 2008 and and I contacted IRS counsel and inquired as to how the tax liability for these years could be priority. Counsel requested that I seek contact the IRS before filing another motion. I called George Hellerman, who signed the proof of claim, and left a voicemail for him. I hope to resolve this consensually but if not I intend to file another motion to further reclassify the IRS claim.

_____

2.    Consent to adjournment:

      ☐ I have the consent of all parties.    X I do not have the consent of all parties (explain below):

I have consent from every party I have listed herein. Counsel for the IRS and one other secured creditor have consented.

I certify under penalty of perjury that the foregoing is true.

Date: _____3/4/2019____          ___/s/Timothy P. Neumann, Esq._____
                                                              Signature

# Note:  Mr. Neumann obtained consent from all objecting parties after this form was submitted to the court. (dmm 3/5/19)

**COURT USE ONLY:**

The request for adjournment is:

X  Granted           New hearing date: 4/18/19 at 2:00 p.m.           X  Peremptory

☐  Granted over objection(s)   New hearing date: _____       ☐  Peremptory

☐  Denied

2

*new.8/1/15*