Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22853−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pantaleo LaForgia                                      Anna Maria LaForgia
   342 Aldo Dr                                                 342 Aldo Dr
   Toms River, NJ 08753−2434               Toms River, NJ 08753−2434

Social Security No.:
   xxx−xx−3936                                              xxx−xx−2725
Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/30/19 at 10:00 AM

to consider and act upon the following:

*104* − Motion for Relief from Stay re: Lot 5 Block 236.01 Commonly Known as 287 Aldo Drive, Toms River, New Jersey 08753. Fee Amount $ 181. Filed by Charles G. Wohlrab on behalf of The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset−Backed Certificates, Series 2006−3. Hearing scheduled for 12/4/2018 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification # 2 Exhibit # 3 Supplement # 4 Proposed Order # 5 Statement as to Why No Brief is Necessary # 6 Certificate of Service) (Wohlrab, Charles)

Dated: 4/17/19

                                                                             Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court