| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CGG 17-020305<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Krystin M. Kane - 171402015<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Courtney A. Martin - 098782016<br>Elizabeth L. Wassall - 023211995<br>Jeffrey Rappaport - 003431991<br>Kristen D. Little - 017411997<br>ATTORNEYS FOR THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-3 | Order Filed on April 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>PANTALEO LAFORGIA AND ANNA MARIA LAFORGIA, DEBTORS | CASE NO.: 17-22853-KCF<br><br>HEARING DATE: MARCH 19, 2019<br><br>JUDGE: HONORABLE KATHRYN C FERGUSON |

## ORDER AUTHORIZING ADEQUATE PROTECTION PAYMENTS AND APPRAISAL OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 23, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 11 Case for failure of the Debtor to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor will fully cooperate with Secured Creditor and agents of Secured Creditor to select a mutually agreeable date and time to conduct one (1) appraisal and/or inspection of the real property located at 287 Aldo Drive, Dover Township, New Jersey 08753.

2. The date and time specified for this appraisal and/or inspection must occur by April 5, 2019.

3. Starting April 1, 2019, Debtor agrees to remit to monthly Adequate Protection Payments in the amount of $1,193.54 to Secured Creditor until the Chapter 11 Plan is confirmed.

4. If the Debtor fails to make any payments within thirty (30) days of the date the payments become due or otherwise fails to comply with any other provisions detailed in this Consent Order, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and the Debtor as required by the local bankruptcy rules.

5. Secured Creditor agrees this Order resolves the Motion for Relief from Stay filed November 9, 2018; ECF Doc.: 104.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 3-19-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 3-18-19
Timothy P. Neumann, Esquire
Attorney for the Debtors