UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]

Broege, Neumann, Fischer & Shaver, LLC

25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtors/Debtors-in-Possession
Pantaleo Laforgia and Anna Maria Laforgia

**Order Filed on April 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PANTALEO LAFORGIA AND
ANNA MARIA LAFORGIA,

    Debtors.

Case No.: 17-22853

Chapter 11

Judge: Kathryn C. Ferguson

## ORDER AUTHORIZING ALLOWANCES OF FEES

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: April 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtors:  Pantaleo Laforgia and Anna Maria Laforgia
Case No.:  17-22853
Caption of Order:      ORDER AUTHORIZING ALLOWANCE OF
FEES **TO** TONY KAMAND REALTY, LLC

---

**This** matter having been opened to the Court upon the application of Broege, Neumann, Fischer & Shaver, LLC, attorneys for the Debtors, seeking allowance of fees and expenses; and it further appearing

That good and sufficient cause having been shown

It is on this __18th__ day of __April_____, 2019

ORDERED that payment to Broege, Neumann, Fischer & Shaver, LLC on account of its fee application in the sum of $2,490.

United States Bankruptcy Court
District of New Jersey

In re:  
Pantaleo LaForgia  
Anna Maria LaForgia  
    Debtors

Case No. 17-22853-KCF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 22, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
db/jdb          Pantaleo LaForgia,    Anna Maria LaForgia,    342 Aldo Dr,    Toms River, NJ   08753-2434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
         Andrew M. Lubin     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
         Charles G. Wohlrab     on behalf of Creditor    The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
         Gilbert R Yabes     on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com, GRY@ecf.courtdrive.com  
         Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com  
         Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
         Jeffrey Rappaport     on behalf of Creditor    The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 jrappaport@logs.com  
         Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman     on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Lauren Bielskie     on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov  
         Lauren Bielskie     on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov  
         Miriam Rosenblatt     on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Timothy P. Neumann     on behalf of Debtor Pantaleo LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com  
         Timothy P. Neumann     on behalf of Appraiser    Tony Kamand Realty, LLC timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com  
         Timothy P. Neumann     on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com  
         Timothy P. Neumann     on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         Ward Benson     on behalf of Creditor    United States of America (Internal Revenue Service) ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov  
                                                                                   TOTAL: 22