UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov
Counsel for the United States of America

In Re:

Pantaleo LaForgia and Anna Maria LaForgia

Case No.: 17-bk-22853
Adv. Pro. No.: _____
Chapter: 11
Hearing Date: 04/30/2019
Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, __Ward W. Benson__,

   ☒ am the attorney for: __the United States of America__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Debtors' Motion to Modify IRS claim

   Current hearing date and time: April 30, 2019

   New date requested: June 4, 2019

   Reason for adjournment request: UST, IRS, and several creditors have objected to plan confirmation. If confirmation is denied on 5/2, claim objection will be moot.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 25, 2019

_Ward W. Benson_
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted     New hearing date: 5/2/19 at 2:00 p.m.     ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new 9/23/15*

2