UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: timothy.neumann25@gmail.com

*Attorneys for Debtors-Debtors-in-Possession*
*Pantaleo LaForgia and Anna Maria LaForgia*

Order Filed on June 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**PANTALEO LAFORGIA and**
**ANNA MARIA LAFORGIA**,

　　　　Debtors.

Case No.: 17-22853/KCF

Chapter 11

Judge: Hon. Kathryn C. Ferguson

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: June 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: *Pantaleo LaForgia and Anna Maria LaForgia*
Case No.: 17-22853
Caption of Order:   Order Approving Loan Modification

THIS MATTER having come before the Court upon the Debtor's Notice of Motion for an Order approving a loan modification agreement (the "Motion"), and the Court having examined the evidence presented, and for good cause shown, it is hereby **ORDERED** as follows:

1. The Motion is granted.

2. The Court hereby authorizes Secured Creditor and the Debtor(s), to enter into a loan modification.

3. The loan modification agreement between the Secured Creditor and the Debtor, attached as an Exhibit to the Motion is approved.

4. Communication or negotiations between the Debtor and mortgagees/ mortgage servicers about the loan modification, and the recording of the loan modification, shall not be deemed a violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

5. The treatment of Class 1 of the Debtors' Second Modified Plan [DN 120] is hereby amended to incorporate by reference the terms of this Order. In the event of any conflict between this Order and the Second Modified Plan, this Order shall control.

6. The Secured Creditor hereby accepts the Second Modified Plan as amended by this Order.

7. The modification is effective upon entry of this Order and shall remain in effect and be binding in notwithstanding dismissal or conversion of the instant Chapter 11 case.