Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−22853−KCF
Chapter:  11
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pantaleo LaForgia
342 Aldo Dr
Toms River, NJ 08753−2434

Anna Maria LaForgia
342 Aldo Dr
Toms River, NJ 08753−2434

Social Security No.:
xxx−xx−3936

xxx−xx−2725

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 12, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 171
ORDER TO SHOW CAUSE FOR DISMISSAL OR CONVERSION IN A CHAPTER 11 CASE. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/12/2019. Show Cause hearing to be held on 10/3/2019 at 02:00 PM at KCF – Courtroom 2, Trenton. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 12, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Pantaleo LaForgia
Anna Maria LaForgia
       Debtors

Case No. 17-22853-KCF
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 12, 2019
                             Form ID: orderntc      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db/jdb        Pantaleo LaForgia,   Anna Maria LaForgia,   342 Aldo Dr,   Toms River, NJ  08753-2434
cr           +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
cr           +Nationstar Mortgage LLC,   Stern, Lavinthal & Frankenberg,   105 Eisenhower Parkway,
              Suite 302,   Roseland, NJ 07068-1640
cr           +OCWEN LOAN SERVICING LLC,   6409 Congress Ave Suite 100,   Robertson, Anschutz & Schneid P.L.,
              Boca Raton, FL  33487,   UNITED STATES 33487-2853
app          +Tony Kamand Realty, LLC,   200 Main St.,   Toms River, NJ 08753-7415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: cio.bncmail@irs.gov Sep 12 2019 23:36:12
              United States of America (Internal Revenue Service,   U.S. Attorney's Office,
              970 Broad Street,   Suite 700,   Newark, NJ  07102-2535
                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Nationstar Mortgage LLC dba Mr. Cooper, as service,   Stern Lavinthal & Frankenberg LLC,
              105 Eisenhower Parkway,   Suite 302
                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
       Aleisha Candace Jennings   on behalf of Creditor   OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
       Andrew M. Lubin   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS TRUSTEE bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
       Charles G. Wohlrab   on behalf of Creditor   The Bank of New York as trustee for registered
        Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@LOGS.com,
        njbankruptcynotifications@logs.com
       Charles G. Wohlrab   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
        SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF
        AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE cwohlrab@LOGS.com,
        njbankruptcynotifications@logs.com
       Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
       Eamonn O'Hagan   on behalf of Creditor   United States of America (Internal Revenue Service)
        eamonn.ohagan@usdoj.gov
       Gilbert R Yabes   on behalf of Creditor   Aldridge Pite, LLP bkecfinbox@aldridgepite.com,
        GRY@ecf.courtdrive.com
       Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
       Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC dba Mr. Cooper, as
        servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
        TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
       Jeffrey Rappaport   on behalf of Creditor   The Bank of New York as trustee for registered
        Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 jrappaport@logs.com,
        njbankruptcynotifications@logs.com
       Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
        kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
       Laura M. Egerman   on behalf of Creditor   Deutsche Bank National Trust Company
        bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com

```
District/off: 0312-3          User: admin            Page 2 of 2              Date Rcvd: Sep 12, 2019
                              Form ID: orderntc       Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Laura M. Egerman    on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Timothy P. Neumann   on behalf of Debtor Pantaleo  LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
          Timothy P. Neumann   on behalf of Appraiser   Tony Kamand Realty, LLC timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
          Timothy P. Neumann   on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
          Timothy P. Neumann   on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Ward  Benson    on behalf of Creditor    United States of America (Internal Revenue Service)
           ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov
                                                                          TOTAL: 24
```