UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pantaleo LaForgia and Anna Maria LaForgia

Case No.: 17-22853-KCF

Hearing Date: 10/3/19

Judge: Kathryn C. Ferguson

# ORDER TO SHOW CAUSE
# FOR DISMISSAL OR CONVERSION
# IN A CHAPTER 11 CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted the apparent inactivity of this case, it is

ORDERED that all parties in interest shall show cause on _____10/3/19_____ at _____2:00p_.m, in the United States Bankruptcy Court, _____Trenton_____, New Jersey, Courtroom number __2__, before the Honorable _____Kathryn C. Ferguson_____ why this case should not be dismissed or converted to Chapter 7.

It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date.

Pursuant to Fed. R. Bankr. P. 2002(a)(4), the Clerk shall provide all parties in interest with notification of this hearing not less than twenty (20) days prior to the date set forth above.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-22853-KCF
Pantaleo LaForgia                                                     Chapter 11
Anna Maria LaForgia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: Sep 12, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db/jdb         Pantaleo LaForgia,   Anna Maria LaForgia,   342 Aldo Dr,   Toms River, NJ  08753-2434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF
               AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York as trustee for registered
               Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com,
               GRY@ecf.courtdrive.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as
               servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
               TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
              Jeffrey Rappaport    on behalf of Creditor    The Bank of New York as trustee for registered
               Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 jrappaport@logs.com,
               njbankruptcynotifications@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Debtor Pantaleo LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
              Timothy P. Neumann    on behalf of Appraiser    Tony Kamand Realty, LLC timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
              Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com
              Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;alexandragrant.law@gmail.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 12, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Ward  Benson    on behalf of Creditor    United States of America (Internal Revenue Service)
         ward.w.benson@usdoj.gov,   Eastern.Taxcivil@usdoj.gov
                                                                                                       TOTAL: 24