Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22853−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pantaleo LaForgia
342 Aldo Dr
Toms River, NJ 08753−2434

Anna Maria LaForgia
342 Aldo Dr
Toms River, NJ 08753−2434

Social Security No.:
xxx−xx−3936

xxx−xx−2725

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Timothy Neumann, attorney for Debtors.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Kathryn C. Ferguson on:

Date:    October 22, 2019
Time:    10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: September 27, 2019
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-22853-KCF
Pantaleo LaForgia                                               Chapter 11
Anna Maria LaForgia
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2      Date Rcvd: Sep 30, 2019
                              Form ID: 169                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db/jdb         Pantaleo LaForgia,    Anna Maria LaForgia,    342 Aldo Dr,    Toms River, NJ 08753-2434
cr            +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                Suite 302,   Roseland, NJ 07068-1640
cr            +OCWEN LOAN SERVICING LLC,    6409 Congress Ave Suite 100,    Robertson, Anschutz & Schneid P.L.,
                Boca Raton, FL 33487,    UNITED STATES 33487-2853
app           +Tony Kamand Realty, LLC,    200 Main St.,    Toms River, NJ 08753-7415
516898017      Aviva Life Insurance Co.,    2400 Veterans Memorial Blvd Ste 300,    Kenner, LA 70062-8725
516898018      Bank of America,    PO Box 31783,   Tampa, FL 33631-3783
516898019      Bank of America Home Loans,    Customer Service,    PO Box 31785,   Tampa, FL 33631-3785
518426729     +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
517148470     +Deutsche Bank National trust Company,    Ocwen Loan Servicing, LLC,
                Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
516898020      Fidelity Life Insurance,    8700 W Bryn Mawr Ave,    Chicago, IL 60631-3512
516898021      Forester's Life Insurance Company,    789 Don Mills Rd,    North York, ON M3C-1T9
516954533      Marriot Ownership Resorts,    PO Box 382028,    Pittsburgh, PA 15251-8028
516898024      Nationstar Mortgag,    PO Box 60516,   City of Industry, CA 91716-0516
517155951      Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    PO Box 24605,
                West Palm Beach, FL 33416-4605
516898025      Ocwen Mortgage, LLC,    PO Box 660264,    Dallas, TX 75266-0264
517126334      Paul  Milroth,    2 Schoolhouse Ln,    Lakewood, NJ 08701-5761
516898026      Paul and Stephanie Milroth,    2 Schoolhouse Ln,    Lakewood, NJ 08701-5761
517125631     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
517145646     +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
                PO Box 10826,    Greenville, SC 29603-0826
517164699     +TOMS RIVER MUA,    340 WEST WATER ST,    TOMS RIVER, NJ 08753-6533
516898023     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,    PO Box 9490,
                Cedar Rapids, IA 52409-9490)
517144902     +The Bank of New York as trustee for registered,    C/O Carrington Mortgage Services, LLC,
                1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
517048771     +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
518286287      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517048770     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517167811     +U.S. Bank National Association,    c/o Nationstar Mortgage,    Attn: Bankruptcy Dept,
                PO Box 619096,    Dallas, TX 75261-9096
516954534      United Home Life Insruance,    225 S. East Street,    Indianapolis, IN 46202-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 01:38:54      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 01:38:51      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Oct 01 2019 01:38:32
                United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                970 Broad Street,    Suite 700,   Newark, NJ 07102-2535
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC dba Mr. Cooper, as service,    Stern Lavinthal & Frankenberg LLC,
                105 Eisenhower Parkway,    Suite 302
smg*          ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                Springfield, NJ 07081-0724)
cr*           +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516898022*     Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                Philadelphia, PA 19101-7346
516898027*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New jersey,    N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,   Trenton, NJ 08695-0245)
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 30, 2019
                              Form ID: 169             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2019 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
          Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Charles G. Wohlrab    on behalf of Creditor   The Bank of New York as trustee for registered
           Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
           SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF
           AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com,
           GRY@ecf.courtdrive.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as
           servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
           TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
          Jeffrey Rappaport    on behalf of Creditor   The Bank of New York as trustee for registered
           Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 jrappaport@logs.com,
           njbankruptcynotifications@logs.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Debtor Pantaleo  LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Appraiser    Tony Kamand Realty, LLC timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Ward Benson    on behalf of Creditor    United States of America (Internal Revenue Service)
           ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov
                                                                                             TOTAL: 24
```