UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Pantaleo LaForgia and Anna Maria LaForgia

| | |
|---|---|
| Case No.: | 17-22853 |
| Hearing Date: | October 3, 2019 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 11 |

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____the Court_____ and for good cause shown, it is

ORDERED that this case is converted from chapter __11__ to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

❏ within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

2

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22853-KCF
Pantaleo LaForgia                                                         Chapter 7
Anna Maria LaForgia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Oct 07, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db/jdb          Pantaleo LaForgia,    Anna Maria LaForgia,    342 Aldo Dr,    Toms River, NJ    08753-2434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF
               AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York as trustee for registered
               Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com,
               GRY@ecf.courtdrive.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as
               servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
               TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
              Jeffrey Rappaport    on behalf of Creditor    The Bank of New York as trustee for registered
               Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 jrappaport@logs.com,
               njbankruptcynotifications@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Debtor Pantaleo LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              Timothy P. Neumann    on behalf of Appraiser    Tony Kamand Realty, LLC timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 07, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Ward  Benson    on behalf of Creditor    United States of America (Internal Revenue Service)
     ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                       TOTAL: 24

Case 17-22853-KCF    Doc 181    Filed 10/09/19    Entered 10/10/19 00:30:25    Desc
Imaged Certificate of Notice    Page 5 of 5