| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Pantaleo LaForgia<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3936<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anna Maria LaForgia<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2725<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–22853–KCF | | |

## Order of Discharge                                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pantaleo LaForgia                                            Anna Maria LaForgia

1/10/20                                                      **By the court:**    <u>Kathryn C. Ferguson</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 17-22853-KCF
   Pantaleo LaForgia                                              Chapter 7
   Anna Maria LaForgia
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3             Date Rcvd: Jan 10, 2020
                              Form ID: 318               Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb         Pantaleo LaForgia,    Anna Maria LaForgia,    342 Aldo Dr,    Toms River, NJ 08753-2434
cr            +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                Suite 302,    Roseland, NJ 07068-1640
cr            +OCWEN LOAN SERVICING LLC,    6409 Congress Ave Suite 100,    Robertson, Anschutz & Schneid P.L.,
                Boca Raton, FL 33487,    UNITED STATES 33487-2853
app           +Tony Kamand Realty, LLC,    200 Main St.,    Toms River, NJ 08753-7415
518524173      American National Ins. Co.,    IMG Commission Dept.,    1 Moody Plz., Fl 9,
                Galveston, TX 77550-7947
516898017      Aviva Life Insurance Co.,    2400 Veterans Memorial Blvd Ste 300,    Kenner, LA 70062-8725
516898018      Bank of America,    PO Box 31783,    Tampa, FL 33631-3783
518524174      Ceetitified Credit & Collection Bureau,     POB 1750,    Whitehouse Station, NJ 08889-1750
518426729     +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
517148470     +Deutsche Bank National trust Company,    Ocwen Loan Servicing, LLC,
                Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
516898020      Fidelity Life Insurance,    8700 W Bryn Mawr Ave,    Chicago, IL 60631-3512
516898021      Forester's Life Insurance Company,    789 Don Mills Rd,    North York, ON M3C-1T9
516954533      Marriot Ownership Resorts,    PO Box 382028,    Pittsburgh, PA 15251-8028
518524175      Michael Harrison, Esq.,    3155 State Rte. 10, Ste. 214,    Denville, NJ 07834-3430
518524176      Myrid Emergency Phys, LLC,    POB 80137,    Philadelphia, PA 19101-1137
516898024      Nationstar Mortgag,    PO Box 60516,    City of Industry, CA 91716-0516
518524177      Ocean Medical Ctr.,    Hackensack Meridian Health,    POB 650292,    Dallas, TX 75265-0292
517155951      Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    PO Box 24605,
                West Palm Beach, FL 33416-4605
516898025      Ocwen Mortgage, LLC,    PO Box 660264,    Dallas, TX 75266-0264
517126334      Paul Milroth,    2 Schoolhouse Ln,    Lakewood, NJ 08701-5761
516898026      Paul and Stephanie Milroth,    2 Schoolhouse Ln,    Lakewood, NJ 08701-5761
517125631     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517145646     +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
                PO Box 10826,    Greenville, SC 29603-0826
517164699     +TOMS RIVER MUA,    340 WEST WATER ST,    TOMS RIVER, NJ 08753-6533
517144902     +The Bank of New York as trustee for registered,    C/O Carrington Mortgage Services, LLC,
                1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
517048771     +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517048770     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517167811     +U.S. Bank National Association,    c/o Nationstar Mortgage,    Attn: Bankruptcy Dept,
                PO Box 619096,    Dallas, TX 75261-9096
516954534      United Home Life Insruance,    225 S. East Street,    Indianapolis, IN 46202-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:52      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: IRS.COM Jan 11 2020 04:58:00      United States of America (Internal Revenue Service,
                U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
516898019      EDI: BANKAMER.COM Jan 11 2020 04:53:00      Bank of America Home Loans,    Customer Service,
                PO Box 31785,    Tampa, FL 33631-3785
516898023      EDI: TFSR.COM Jan 11 2020 04:58:00      Lexus Financial Services,    PO Box 9490,
                Cedar Rapids, IA 52409-9490
518286287      EDI: BL-BECKET.COM Jan 11 2020 04:58:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC dba Mr. Cooper, as service,    Stern Lavinthal & Frankenberg LLC,
                105 Eisenhower Parkway,    Suite 302
cr*           +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516898022*     Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                Philadelphia, PA 19101-7346
516898027*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New jersey,    N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,    Trenton, NJ 08695-0245)
                                                                                      TOTALS: 1, * 3, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Jan 10, 2020
                              Form ID: 318             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
          Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE bkecf@milsteadlaw.com, alubin@milsteadlaw.com
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
          Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
           atkinson@remote7solutions.com
          Charles G. Wohlrab    on behalf of Creditor    The Bank of New York as trustee for registered
           Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
           SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF
           AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3
           cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Gilbert R Yabes    on behalf of Creditor    Aldridge Pite, LLP bkecfinbox@aldridgepite.com,
           GRY@ecf.courtdrive.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper, as
           servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON
           TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMER cmecf@sternlav.com
          Jeffrey Rappaport    on behalf of Creditor    The Bank of New York as trustee for registered
           Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-3 jrappaport@logs.com,
           njbankruptcynotifications@logs.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
          Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Timothy P. Neumann    on behalf of Defendant Leo P LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Debtor Pantaleo  LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Appraiser    Tony Kamand Realty, LLC timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          Timothy P. Neumann    on behalf of Joint Debtor Anna Maria LaForgia timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3          Date Rcvd: Jan 10, 2020
                              Form ID: 318             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
         United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
         Ward Benson   on behalf of Creditor   United States of America (Internal Revenue Service)
          ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov
                                                                                                                  TOTAL: 28