UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 17-22853
Pantaleo LaForgia  : Chapter: 7
Anna Maria LaForgia  : Judge: Ferguson
Debtor(s)  :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):

342 Aldo Dr, 380 Aldo Dr., 344 Aldo DR.
287 Aldo Dr., Toms River, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 1/15/2020    By: Gary A. Nau

*rev.2/10/17*